# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 17-5012**

**September Term, 2018**

**1:15-cv-00375-RMC**

**Filed On:** April 9, 2019

Gordon C. Reid,

     Appellant

     v.

Hugh J. Hurwitz, Acting Director, Federal
Bureau of Prisons,

     Appellee


**BEFORE:**    Katsas, Circuit Judge

## O R D E R

Upon consideration of apellant's motion to correct record, it is

**ORDERED** that the dissenting opinion be amended as follows:

Slip op., p. 1, third ¶, line 2: Delete the words "at gunpoint".

The Clerk is directed to issue the opinion with the amended dissenting opinion.


**Per Curiam**


                 **FOR THE COURT:**
                 Mark J. Langer, Clerk

        BY:    /s/
                 Ken Meadows
                 Deputy Clerk